No. 78–6091. WASHINGTON *v.* MISSISSIPPI. Sup. Ct. Miss.; and

No. 78–6253. FINNEY *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the

Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.